# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**COSTA DORADA APARTMENT CORP, et al.,**

    **Plaintiff(s)**

    v.

**BANCO POPULAR OF PUERTO RICO, et al.,**

    **Defendant(s)**

**Civil No. 17-2028  (ADC)**

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, Chief U.S. District Judge, issued an Order on March 12, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The complaint is **HEREBY DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 12th day of March, 2018.

                FRANCES RIOS DE MORAN
                Clerk of the Court

                By: S/Sarah V. Ramón
                    Sarah V. Ramón, Deputy Clerk